# EXHIBIT "A"

## V.A., Inc.

| Debtor | Invoice Date | Invoice Number | Payment Date | Check Number | Payment Amount |
|---|---|---|---|---|---|
| Berkline, LLC | 12/14/2010 | VQ911594 | 2/3/2011 | 387959 | $10,956.05 |
| | 1/6/2011 | VQ912918 | 4/1/2011 | 389045 | $64,906.18 |
| | 3/23/2011 | VQ919047 | 4/21/2011 | 389191 | $20,240.28 |
| | 4/12/2011 | VQ920703 | 4/29/2011 | 389229 | $516.40 |
| | | | | TOTAL | $96,618.91 |

{D0002627}